UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

O

| | |
|---|---|
| Case No.   CV 08-00412 SGL | Date: September 30, 2008 |

Case in other court:  USBC Central District of CA for the Los Angeles, LA 05-25325-EC
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Title:       In re:
             PAUL W. WILLIAMS, Debtor(s)

HILLMAN CAPITAL PARTNERS, Appellant(s) v. NANCY KNUPFER, Chapter 7
                                                       Trustee, PAUL W. WILLIAMS, Appellee(s)

PRESENT: <u>HONORABLE STEPHEN G. LARSON, JUDGE</u>

| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR TRUSTEE:          ATTORNEYS PRESENT FOR PREPARER:

NO APPEARANCE                            NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL OF APPEAL

      A Notice re: Bankruptcy Appeal Briefing Schedule was filed and issued on January 23, 2008, stating that each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. As provided in said rules, within ten days after filing the notice of appeal, appellant must file the following with the Clerk of the Bankruptcy Court:

> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts.

      After the designated record is complete, the Clerk of the Bankruptcy Court will certify its completion by sending a certificate of Readiness to the Clerk of the District Court. Thereafter, the District Court issues the briefing schedule for the filing of briefs. Once briefing is complete, an order issues to the parties indicating that the matter has been set for argument, unless the District Judge determines that oral argument is not needed. Upon review of the district court's docket in this matter, besides the September 17, 2008, notice of change of address of attorneys for

MINUTES FORM 90                                    Initials of Deputy Clerk: jh
CIVIL -- GEN

appellant Hillman Capital Partners, and the February 13, 2008, notice reflecting the filing of a copy of order appealed from by appellant Hillman Capital Partners, there's been no docket activity in this matter.

     It is hereby Ordered that the appellant show cause in writing, not later than <u>October 10, 2008</u>, why this action should not be dismissed for failure to prosecute the appeal. See Federal Rule 8001(a).

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk: jh

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.** All *proposed signature items* shall be e-filed as **a separate document** in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format.** **WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

# NOTICE PARTY SERVICE LIST

**Case No.** CV 08-00412 SGL    **Case Title** IN RE: Paul W. Williams, Debtor

**Title of Document** Minute Order re: OSC relating to Appeal of Bankruptcy, LA05-25325-EC

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| ✓ | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) |
| | | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
*(if sending by fax, mailing address must also be provided)*

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  jh

G-75  (03/07)                                             NOTICE PARTY SERVICE LIST