cc: see G - 75 attached

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501

JS - 6

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 08-00412-SGL                                      Date:  October 30, 2008

Title:   IN RE: PAUL W. WILLAMS -v- HILLMAN CAPITAL PARTNERS

Case in other court:  USBC Central District of CA for the Los Angeles, LA 05-25325-EC
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                             None Present
      Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                      None present

PROCEEDINGS:   ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER PLACING
                             MATTER ON COURT'S INACTIVE DOCKET; ORDER REQUIRING
                             APPELLANT'S FILING OF FURTHER STATUS REPORT

     The Court has received and reviewed appellant's Response to the Court's Order to Show Cause as well as the parties' Notice of Settlement.  For good cause shown, the Court hereby discharges the September 30, 2008, Order to Show Cause.  Moreover, in light of the tentative settlement reached by the parties (subject to approval by the bankruptcy court), the Court hereby removes the instant matter from its active docket and places it on inactive status until such time as the settlement agreement is either approved or disapproved by the bankruptcy court.  Appellant is hereby **ORDERED** to submit a status report with the Court sixty (60) days from the date of this Order informing the Court as to the status of the settlement agreement's memorialization and approval by the Bankruptcy Court.

     IT IS SO ORDERED.

MINUTES FORM 90                                                      Initials of Deputy Clerk: jh
CIVIL -- GEN                                     1

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

|   | |   | |
|---|---|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |   | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service - Riverside (USMED) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Marshal Service -Santa Ana (USMSA) |
|   | Chief Deputy Admin |   | US Probation Office (USPO) |
|   | Chief Deputy Ops |   | US Trustee's Office |
|   | Clerk of Court |   | Warden, San Quentin State Prison, CA |
|   | Death Penalty H/C (Law Clerks) | | |
|   | Dep In Chg E Div | | |
|   | Dep In Chg So Div | | |
|   | Federal Public Defender | | |
|   | Fiscal Section | | |
|   | Intake Section, Criminal LA | | |
|   | Intake Section, Criminal SA | | |
|   | Intake Supervisor, Civil | | |
|   | PIA Clerk - Los Angeles (PIALA) | | |
|   | PIA Clerk - Riverside (PIAED) | | |
|   | PIA Clerk - Santa Ana (PIASA) | | |
|   | PSA - Los Angeles (PSALA) | | |
|   | PSA - Riverside (PSAED) | | |
|   | PSA - Santa Ana (PSASA) | | |
|   | Schnack, Randall (CJA Supervising Attorney) | | |
|   | Statistics Clerk | | |

*ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____